

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| REGGIE MANNING, JR.,                §<br>            Plaintiff,           §<br>                                              §<br>vs.                                           §<br>                                              §<br>OFFICER RAMP, OFFICER DOWNING, §<br>OFFICER HENDERSON, and OFFICER §<br>BROWN,                                §<br>            Defendants.        § | CIVIL ACTION 4:23-1803-MGL-BM |

### ORDER ADOPTING THE REPORT AND RECOMMENDATION, GRANTING A DEFENDANT'S MOTION TO SET ASIDE ENTRY OF DEFAULT, AND DENYING AS MOOT PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Plaintiff Reggie Manning, Jr. (Manning) filed this 42 U.S.C. § 1983 lawsuit against Defendants Officer Ramp, Officer Downing, Officer Henderson (Henderson), and Officer Brown. Manning is representing himself.

The matter is before the Court for review of the Report and Recommendation (Report) of the United States Magistrate Judge recommending to the Court Henderson's motion to set aside entry of default be granted and Manning's motion for default judgment be denied as moot. The Report was made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo

determination of those portions of the Report to which specific objection is made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report on March 27, 2024, but Manning failed to file any objections. "[I]n the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note). Moreover, a failure to object waives appellate review. *Manning v. Collins*, 766 F.2d 841, 845-46 (4th Cir. 1985).

After a thorough review of the Report and the record in this case pursuant to the standard set forth above, the Court adopts the Report, and incorporates it herein. Therefore, it is the judgment of the Court Henderson's motion to set aside entry of default is **GRANTED** and Manning's motion for default judgment is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

Signed this 16th day of April, 2024, in Columbia, South Carolina.

/s/ Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE

\*\*\*\*\*

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this Order within thirty days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.